IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CURTIS BERNARD HAMILTON,**

    Petitioner,

v.                                                    Case No. 1:15cv217-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Fourth Amended Petition for Writ of Habeas Corpus, ECF No. 12, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 14, 2019.**

                                                 s/Mark E. Walker             
                                                 **Chief United States District Judge**